Settlement Date: March 28th, 2005
Time:  .9:30 A.M.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

**JASON JAY BATES,**

                    Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Chapter 13
Case No. 05-20043 ASH

**NOTICE OF SETTLEMENT**

**PLEASE TAKE NOTICE**, that an *Order,* a true copy of which is annexed hereto, will be presented for signature to the Hon. Adlai S. Hardin, Jr., United States Bankruptcy Judge, on the 28th day of March, 2005 at 9:30 A.M., in the Judge's Chambers, United States Bankruptcy Court, 300 Quarropas Street, White Plains, New York.

**PLEASE TAKE FURTHER NOTICE ,** that objections, if any, to the proposed Order must be made in writing and received in the Bankruptcy Judge's chambers and by the undersigned not later than three days prior to the return date thereof, and unless objections are received by that time, the within order may be signed. *In the event that objections are interposed, a hearing will be held on March 30th, 2005 at 9:45 A.M.*

Dated: White Plains, New York
       March 11th, 2005

   /s/ Jeffrey L. Sapir
**Jeffrey L. Sapir  (JLS 0938)**
**Chapter 13 Trustee**
**399 Knollwood Road**
**White Plains, New York 10603**
**Chapter 13 Tel. 914-328-6333**

**TO**:  United States Trustee
33 Whitehall Street
New York, New York 10004

Jason Jay Bates
94 Round Hill Road
Armonk, New York 10504

Washington Mutual Bank, FA
c/o Certilman Balin Hyman & Adler, PC
90 Merrick Avenue
East Meadow, New York 11554

Washington Mutual Bank, FA
9420 Peseda Blvd
Northridge, California  91324

Fleet Bank
P.O. Box 3092
Utica, New York 13504

Fleet Bank
c/o Solomon & Solomon
5 Columbus Circle
Albany, New York 12203

EMC Mortgage Corporation
P.O. Box 225749
Dallas, Texas  75222-5749

EMC Mortgage Corporation
c/o Steven J. Baum, PC
220 Northpointe Parkway Suite G
Amherst, New York 14228

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x
IN RE:

                                    Chapter 13

**JASON JAY BATES,**

                                    Case No.05-20043 ASH

                   Debtor
-----------------------------------x

## ORDER DISMISSING CHAPTER 13 CASE
## FOR FAILURE TO COMPLY WITH COURT ORDER

The debtor, having failed to comply with this Court's Order dated February 15th, 2005 in that the debtor failed to appear and be examined at a 341(a) meeting of creditors, failed to timely file a plan and schedules, failed to commence proposed plan payments to the trustee, failed to provide the required documentation, to wit, copies of income tax returns, copies of payroll stubs evidencing regular employment/operating statements, a real estate/automobile appraisal, if applicable, and a third-party affidavit of contribution, where necessary, in violation of this Court's Standing Order.

**IT IS ORDERED THAT:**

The Chapter 13 case is hereby dismissed pursuant to § 109(g) with prejudice for 180 days from the date hereof for failure to comply with this Court's Order.

Dated:  White Plains, New York
          March          , 2005

                                            _____
                                            **UNITED STATES BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                                                  Chapter 13
                                                  Case No. 05-20043 ASH

**JASON JAY BATES,**

                                                  **AFFIDAVIT OF NON-COMPLIANCE**
                     Debtor            **WITH COURT ORDER**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

STATE OF NEW YORK      )
COUNTY OF WESTCHESTER  )    ss.:

        Jeffrey L. Sapir, being duly sworn, deposes and says:

        1.        He is the standing Chapter 13 Trustee.

        2.        The debtor filed a Chapter 13 proceeding on        January 27th, 2005/

        3.        The debtor failed to comply with the provisions of the order of this court dated February 15th, 2005, in that the debtor failed to appear and be examined at the 341(a) meeting of creditors; failed to timely file a plan and schedules, in violation of Bankruptcy Rules 3015(b) and 1007(c), respectively; failed to remit timely proposed plan payments to the trustee; and failed to provide the trustee with the required documentation, to wit, copies of income tax returns, copies of payroll stubs evidencing regular employment/operating statements, and a real estate/automobile appraisals, if applicable, and a third-party affidavit of contribution, where necessary, in violation of this Court's Standing Order.

        **WHEREFORE**, the trustee respectfully requests that the annexed order dismissing this case pursuant to Section 109(g) with prejudice for 180 days for the debtor's

failure to comply with the order of this Court, be signed.

  /s/ Jeffrey L. Sapir
**Jeffrey L. Sapir**

Sworn to before me this
11th day of March, 2005

/s/ Jody L. Kava

Jody L. Kava
Notary Public, State of New York
No. 4836806
Qualified in Westchester County
Term Expires: 10/31/05

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

IN RE:                                                    Chapter 13
                                                          Case No.05-20043 ASH
**JASON JAY BATES, ,**

                            Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## AFFIDAVIT OF MAILING

STATE OF NEW YORK                )
COUNTY OF WESTCHESTER       )  ss.:

       Lois Rosemarie Esposito, being duly sworn, deposes and says:

       I am not a party to the action herein, I am over the age of 18 years and reside in the County of Westchester, State of New York.

       On March 11th, 2005, I served a true copy of the within document, to the herein listed parties at the address(es) designated for that purpose, by mailing same in a properly sealed envelope with postage prepaid thereon, in an official depository of the United States Postal Service within the State of New York to the following:

**TO:**:  United States Trustee
33 Whitehall Street
New York, New York 10004

Jason Jay Bates
94 Round Hill Road
Armonk, New York 10504

Washington Mutual Bank, FA
c/o Certilman Balin Hyman & Adler, PC
90 Merrick Avenue
East Meadow, New York 11554


Washington Mutual Bank, FA
9420 Peseda Blvd
Northridge, California 91324

      Fleet Bank
      P.O. Box 3092
      Utica, New York 13504

      Fleet Bank
      c/o Solomon & Solomon
      5 Columbus Circle
      Albany, New York 12203

      EMC Mortgage Corporation
      P.O. Box 225749
      Dallas, Texas  75222-5749

      EMC Mortgage Corporation
      c/o Steven J. Baum, PC
      220 Northpointe Parkway Suite G
      Amherst, New York 14228


                                                                                    /s/ Lois Rosemarie Esposito
                                                                                      **Lois Rosemarie Esposito**

Sworn to before me this
11th  day of  March, 2005

 /s/ Jeffrey L. Sapir
Jeffrey L. Sapir
Notary Public, State of  New York
No. 60-8764500
Qualified in Rockland County
Cert. Filed in Westchester County
Term Expires:  12/31/06