UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
IN RE:

                           Chapter 13

**JASON JAY BATES,**

                           Case No.05-20043 ASH

                      Debtor
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## ORDER DISMISSING CHAPTER 13 CASE
## FOR FAILURE TO COMPLY WITH COURT ORDER

The debtor, having failed to comply with this Court's Order dated February 15th, 2005 in that the debtor failed to appear and be examined at a 341(a) meeting of creditors, failed to timely file a plan and schedules, failed to commence proposed plan payments to the trustee, failed to provide the required documentation, to wit, copies of income tax returns, copies of payroll stubs evidencing regular employment/operating statements, a real estate/automobile appraisal, if applicable, and a third-party affidavit of contribution, where necessary, in violation of this Court's Standing Order.

**IT IS ORDERED THAT:**

The Chapter 13 case is hereby dismissed pursuant to § 109(g) with prejudice for 180 days from the date hereof for failure to comply with this Court's Order.

Dated: White Plains, New York
        March 31, 2005

                            **/s/ Adlai S. Hardin, Jr.**
                            **UNITED STATES BANKRUPTCY JUDGE**